IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00415-AP

COLORADO OFF ROAD ENTERPRISE,
MARCUS TRUSTY, in his capacity as president of CORE as well as his individual capacity, and
PATRICK MCKAY, in his capacity as a Board Member of CORE as well as his individual capacity,

    Petitioners,

v.

USDA FOREST SERVICE, an agency of the U.S. Department of Agriculture, and
DIANA M. TRUJILLO, in her official capacity as the Forests and Grasslands Supervisor for the Pike and San Isabel National Forests, Cimarron and Comanche National Grasslands,

    Respondents.

---

**SECOND AMENDED JOINT CASE MANAGEMENT PLAN FOR PETITIONS
FOR REVIEW OF AGENCY ACTION**

---

    On June 9, 2023, the parties submitted a proposed Amended Joint Case Management Plan for Petitions for Review of Agency Action.  ECF No. 22.  The Court has not yet entered a Case Management Plan for this matter.  Since submitting the proposed Amended Joint Case Management Plan, Respondents filed the Administrative Record, ECF Nos. 23-101, as well as additional documents completing and supplementing the Administrative Record, ECF Nos. 103-108.  Due to the large Administrative Record and the recent filing of documents to complete and supplement the Administrative Record, the parties agree that a revised proposed briefing schedule is warranted.  The below sets forth that revised proposed schedule:

    **A.**    **Petitioners' Opening Brief Due:**  December 22, 2023; 11,000 words

    **B.**    **Respondents' Response Brief Due:**  February 16, 2024; 11,000 words

    **C.**    **Petitioners' Reply Brief (If Any) Due:**  March 18, 2024; 4,000 words

- 2 -

DATED this _____ day of _____, 20___.

BY THE COURT

_____
Robert E. Blackburn
U.S. District Court Judge

APPROVED:

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/Kevin R. Garden*                                  /s/*Shaun M. Pettigrew*
Kevin R. Garden                                       SHAUN M. PETTIGREW
The Garden Law Firm, P.C.                             Senior Trial Attorney
66 Canal Center Plaza, Suite 505                      Natural Resources Section
Alexandria, VA 22314                                  c/o NOAA, Damage Assessment
*Telephone*: (703) 535-5565                           7600 Sand Point Way, NE
*Email:*  kevin@gardenlawfirm.com                     Seattle, WA 98115
                                                      (202) 532-5973
*Attorney for Petitioners*                            shaun.pettigrew@usdoj.gov

*Attorney for Respondents*