IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00415-AP

COLORADO OFF ROAD ENTERPRISE,
MARCUS TRUSTY, in his capacity as president of CORE as well as his individual capacity, and
PATRICK MCKAY, in his capacity as a Board Member of CORE as well as his individual

    capacity, Petitioners,

v.

USDA FOREST SERVICE, an agency of the U.S. Department of Agriculture, and
DIANA M. TRUJILLO, in her official capacity as the Forests and Grasslands Supervisor for the Pike and San Isabel National Forests, Cimarron and Comanche National Grasslands,

    Respondents.

---

**FOURTH AMENDED JOINT CASE MANAGEMENT PLAN FOR
PETITIONS FOR REVIEW OF AGENCY ACTION**

---

    On December 20, 2023, the parties submitted a proposed Third Amended Joint Case Management Plan for Petitions for Review of Agency Action. ECF No. 110. The Court has not yet entered a Case Management Plan for this matter. The parties' Third Amended Joint Case Management Plan proposed that Petitioners' opening brief and Respondents' Response brief each be limited to 11,000 words. Petitioners now take the position that due to the large Administrative Record consisting of approximately 150,000 pages, the detailed and complex facts regarding the National Forest System roads at issue as well as the extensive process the agency underwent to prepare the Travel Management Plan at issue, and the combining of cases on behalf of three parties, the 11,000-word limit is insufficient. Petitioners respectfully propose to file their Opening Brief with a limit of 18,000 words. Petitioners contend that they have expended significant time and resources to distill the material facts and legal arguments to the minimum needed to accurately but comprehensively present this matter to the Court, which has resulted in an Opening Brief comprising 42 pages of facts and 27 pages of legal argument, totaling just under 18,000 words.

Respondents take no position on Petitioners' requested word limit, but propose that the same word limit apply to their Response Brief. The below sets forth that revised proposed schedule:

A. **Petitioners' Opening Brief Due:** January 22, 2024; 18,000 words

B. **Respondents' Response Brief Due:** March 15, 2024; 18,000 words

C. **Petitioners' Reply Brief (If Any) Due:** April 17, 2024; 4,000 words

DATED this _____ day of _____, 2024.

BY THE COURT

_____

Robert E. Blackburn
U.S. District Court Judge

APPROVED:

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s/Kevin R. Garden
Kevin R. Garden
The Garden Law Firm, P.C.
66 Canal Center Plaza, Suite 505
Alexandria, VA 22314
*Telephone*: (703) 535-5565
*Email:*  kevin@gardenlawfirm.com

*Attorney for Petitioners*

/s/*Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

*Attorney for Respondents*