IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00415-SKC

COLORADO OFF ROAD ENTERPRISE, MARCUS TRUSTY, in his capacity as president of CORE as well as his individual capacity, and PATRICK MCKAY, in his capacity as a Board Member of CORE as well as his individual capacity,

      Petitioners,

  v.

USDA FOREST SERVICE, an agency of the U.S. Department of Agriculture, and DIANA M. TRUJILLO, in her official capacity as the Forests and Grasslands Supervisor for the Pike and San Isabel National Forests, Cimarron and Comanche National Grasslands,

      Respondents.

---

### NOTICE OF POTENTIAL SETTLEMENT

---

The parties hereby notify the Court that they have reached a proposed settlement that would resolve all claims at issue in this matter. The proposed settlement is not final and requires approval by the relevant authorizing officials within the U.S. Department of Justice and the U.S. Department of Agriculture. Respondents are currently seeking such authority. Due to the potential settlement of this matter, the parties respectfully request that the Court stay its consideration of this matter and not issue a decision addressing Petitioners' claims. The parties propose that they submit a joint status report on August 21, 2026.

Respectfully submitted this 21st day of July, 2026.


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s/ Shaun M. Pettigrew
SHAUN M. PETTIGREW
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

Attorney for Respondents


By:

/s/ Kevin R. Garden
Kevin R. Garden
THE GARDEN LAW FIRM, P.C.
66 Canal Center Plaza, Suite 505
Alexandria, VA 22314
*Telephone*: (703) 535-5565
*Email:*  kevin@gardenlawfirm.com

John H. Melcon
Taft Stettinus & Holister LLP
90 S. Cascade, Suite 1500
Colorado Springs, CO 80903
*Telephone*: (719) 448-4007
*Fax:* (719) 635-4576
*Email:*  jmelcon@taftlaw.com

Attorneys for Petitioners

- 2 -