IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00415-SKC

COLORADO OFF ROAD ENTERPRISE, MARCUS TRUSTY, in his capacity as president of CORE as well as his individual capacity, and PATRICK MCKAY, in his capacity as a Board Member of CORE as well as his individual capacity,

Petitioners,

v.

USDA FOREST SERVICE, an agency of the U.S. Department of Agriculture, and DIANA M. TRUJILLO, in her official capacity as the Forests and Grasslands Supervisor for the Pike and San Isabel National Forests, Cimarron and Comanche National Grasslands,

Respondents.

---

**JOINT STATUS REPORT**

---

On July 21, 2026, the parties notified the Court that they had reached a proposed settlement that would resolve all claims at issue in this matter, but that the proposed settlement is not final and requires approval by the relevant authorizing officials within the U.S. Department of Justice and the U.S. Department of Agriculture. Dkt. 163. The parties submitted a joint status report on August 21, 2026, explaining that Respondents are in the process of obtaining approvals by the relevant authorizing officials. Dkt. 165. The Court ordered the parties to file another joint status report on September 25, 2026. Dkt. 166. The parties continue to make progress toward settling this matter and respectfully request that they file another joint status report on October 30, 2026, if a stipulation of dismissal

has not been filed by that date.

Respectfully submitted this 25th day of September, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division
U.S. Department of Justice

/s/ Shaun M. Pettigrew
SHAUN M. PETTIGREW
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

Attorney for Respondents

By:

/s/ Kevin R. Garden
Kevin R. Garden
THE GARDEN LAW FIRM, P.C.
66 Canal Center Plaza, Suite 505
Alexandria, VA 22314
*Telephone*: (703) 535-5565
*Email:* kevin@gardenlawfirm.com

John H. Melcon
Taft Stettinus & Holister LLP
90 S. Cascade, Suite 1500
Colorado Springs, CO 80903
*Telephone*: (719) 448-4007
*Fax:* (719) 635-4576
*Email:* jmelcon@taftlaw.com

Attorneys for Petitioners